

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2014

No. 04-14-00282-CV

**IN RE STATE OF TEXAS**

Original Mandamus Proceedings[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                    Marialyn Barnard, Justice
                    Rebeca C. Martinez, Justice, Dissent to follow

On April 23, 2014, relator the State of Texas filed a petition for a writ of mandamus and an emergency motion for temporary relief. The court has considered relator's petition and the response filed on behalf of the real parties in interest, and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Barbara Hanson Nellermoe is ORDERED to vacate the order of April 22, 2014, and provide notice to the attorney general as required by the Texas Government Code prior to conducting a hearing or ruling upon the constitutionality of Texas state laws. See Tex. Gov't Code Ann. § 402.010 (West Supp. 2013). The writ will issue only if we are notified that Judge Nellermoe has failed to vacate her order as directed within ten days from the date of this order.

The temporary stay previously granted by this court will remain in effect until the April 22, 2014 order has been vacated as directed in this order.

It is so **ORDERED** on May 15th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CI02421, styled *A.L.F.L. v. K.L.L.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.